**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 22-31877 MVL Judge: MICHELLE V. LARSON | Trustee Name: DANIEL J. SHERMAN, TRUSTEE |
| Case Name: THOC, PA | Date Filed (f) or Converted (c): 10/07/22 (f) |
| | 341(a) Meeting Date: 11/15/22 |
| For Period Ending: 01/23/24 | Claims Bar Date: 02/14/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AMERICAN NATIONAL BANK OF TEXAS - 4 ACCTS | 42,000.00 | 42,000.00 | | 10,555.68 | FA |
| 2. ACCT. RECEIVABLE (POSSIBLY UNCOLLECTIBLE?) | 1,651,805.65 | 1,651,805.65 | | 2,176.64 | FA |
| 3. SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| 4. OFFICE FURNITURE | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 5. MISCELLANEOUS REFUNDS (u) | Unknown | 421.25 | | 421.25 | FA |

TOTALS (Excluding Unknown Values)   $1,714,305.65   $1,714,726.90   $13,153.57

Gross Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR SUBMITTED TO UST 01/23/2024.

Initial Projected Date of Final Report (TFR): 10/01/23     Current Projected Date of Final Report (TFR): 01/23/24

LFORM1     Ver: 22.07j